1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

11   ALMA CARRILLO,                                    No. C 17-05693 WHA

12              Plaintiff,

13      v.                                             **ORDER TO SHOW CAUSE**

14   TARGET CORPORATION, a Minnesota
     Corporation, and DOES 1 through 50,
15   inclusive,

16              Defendants.

17   ———————————————————————/

18          On December 6, defendant Target Corporation moved for summary judgment on all of

19   plaintiff's claims (Dkt. No. 30).  This motion was served on plaintiff and plaintiff had until

20   December 20 to respond to the motion.  To date, plaintiff has not filed a response.  Plaintiff

21   shall appear in courtroom 12 on the 19th floor of 450 Golden Gate Ave., San Francisco on

22   **JANUARY 10, 2019 AT 8:00 A.M.** and **SHOW CAUSE** why the motion should not be granted and

23   why her case should not be dismissed for lack of prosecution.

24
25          **IT IS SO ORDERED.**

26   Dated: December 27, 2018.

27                                                     WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE
28